

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEYVAN PARSA, | § | No. 08-22-00239-CV |
| Appellant, | § | Appeal from the |
| vs. | § | 327th Judicial District Court |
| ALBERT FLORES, MONTOYA PARK PLACE, INC., AND WESTSTAR TITLE, LLC, FIDELITY NATIONAL TITLE INSURANCE COMPANY, | § § | of El Paso County, Texas (TC# 2020DCV2997) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction without prejudice. We therefore dismiss the appeal without prejudice. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF DECEMBER, 2022.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.